Submitted on petitioners' rehearing May 7, petitioner Borders' petition for judicial review reinstated and the case remanded to Court of Appeals for disposition on the merits May 30, 1984

KEITH D. ESPERUM,
*Petitioner on Review,*

*v.*

OREGON BOARD OF PAROLE,
*Respondent on Review,*

(CA A28445; SC S30136)

ROBERT GHOLSTON,
*Petitioner on Review,*

*v.*

OREGON BOARD OF PAROLE,
*Respondent on Review,*

(CA A28463; SC S30139)

BRUCE GRESS,
*Petitioner on Review,*

*v.*

OREGON BOARD OF PAROLE,
*Respondent on Review,*

(CA A28321; SC S30138)

RAYMOND C. ALEXANDER,
*Petitioner on Review,*

*v.*

OREGON BOARD OF PAROLE,
*Respondent on Review,*

(CA A28308; SC S30167)

JIMMIE CARL HALL,
*Petitioner on Review,*

*v.*

OREGON BOARD OF PAROLE,
*Respondent on Review,*

(CA A29149; SC S30208)

IRVING S. WISE,
*Petitioner on Review,*

*v.*

OREGON BOARD OF PAROLE,
*Respondent on Review,*

(CA A29278; SC S30149)


JOHN D. LEFTRIDGE,
*Petitioner on Review,*

*v.*

OREGON BOARD OF PAROLE,
*Respondent on Review,*

(CA A28402; SC S30155)


MICHAEL McINROE,
*Petitioner on Review,*

*v.*

OREGON BOARD OF PAROLE,
*Respondent on Review,*

(CA A28338; SC S30168)


MICHAEL ST. MARTIN,
*Petitioner on Review,*

*v.*

OREGON BOARD OF PAROLE,
*Respondent on Review,*

(CA A28394; SC S30137)


DONALD G. SAGER,
*Petitioner on Review,*

*v.*

OREGON BOARD OF PAROLE,
*Respondent on Review,*

(CA A28831; SC S30154)

ROBBIN O. BORDERS,
*Petitioner on Review,*

v.

OREGON BOARD OF PAROLE,
*Respondent on Review,*

(CA A28306; SC S30135)

DANIEL J. McSORLEY,
*Petitioner on Review,*

v.

OREGON BOARD OF PAROLE,
*Respondent on Review,*

(CA A28744; SC S30166)

TRACY RAE ELLIOTT,
*Petitioner on Review,*

v.

OREGON BOARD OF PAROLE,
*Respondent on Review,*

(CA A28406; SC S30140)

MARK K. KNUTSON,
*Petitioner on Review,*

v.

OREGON BOARD OF PAROLE,
*Respondent on Review,*

(CA A28656; SC S30182)
(Consolidated on Review)
681 P2d 793

Ernest E. Estes, Deputy Public Defender, and Gary D. Babcock, Salem, filed the petition for rehearing for petitioners on review.

No appearance contra.

## MEMORANDUM OPINION

A review of the Board of Parole orders setting initial release dates pursuant to ORS 144.120(1) reveals that, in the case of petitioner Borders, the Chairman of the Board was not present at the original hearing on March 9, 1983. However, the chairman concurred in the action of three of the members of the Board on March 18, 1983, to override the minimum sentence imposed by the trial court. Because her vote was necessary for this order to become final, the correct date of the order setting the initial parole release date for Borders was March 18, 1983. Petitioner Borders filed for judicial review on May 14, 1983. Therefore, because Borders' petition for judicial review was filed within the 60-day period provided by ORS 144.335(2), it should not have been dismissed as untimely filed by the Court of Appeals.

Petitioner Borders' petition for judicial review is reinstated and the case is remanded to the Court of Appeals for disposition on the merits.